UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FREDERICK ASGARIAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOE 1 through DOE 10 inclusive,<br><br>                  Defendants, | Case No. 2:11-CV-01382-LKK-EFB<br><br>ORDER GRANTING RELIEF FROM THE COURT'S CASE MANAGEMENT ORDER (FACT DISCOVERY CUT-OFF) |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, the Court Orders as follows:

The parties' joint request to modify the August 12, 2011 status conference order is DENIED, no good cause having been shown. The parties are free to agree to their proposed arrangement among themselves, but it will not be enforced by the court.

IT IS SO ORDERED.

DATED: February 17, 2012.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT