1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   FREDERICK ASGARIAN,
                                      NO. Civ.S-11-1382 LKK/EFB
11           Plaintiff,

12       v.                           **ORDER RE DISPOSAL**
                                      **DOCUMENTS AFTER**
13   MERCEDES-BENZ USA, LLC,          **NOTIFICATION OF SETTLEMENT**
     and DOES 1 through 10,
14   inclusive,

15           Defendants.
     _____/
16

17       Counsel for plaintiff has filed a Notice of Settlement in the

18   above-captioned case.  The court now orders that the dispositional

19   documents disposing of the case be filed no later than ninety (90)

20   days from the effective date of this order.

21       All hearing dates heretofore set in this matter are hereby

22   **VACATED.**

23       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25   ////

26   ////

                                 1

CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED:  March 26, 2012.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2