1  THE BICKEL LAW FIRM, INC.
   Brian J. Bickel, State Bar No. 205646
2  Erika N. Kavicky, State Bar No. 225052
   erikakavicky@bickellawfirm.com
3  701 B Street, Suite 1200
   San Diego, California 92101
4  Telephone:  (619) 374-4100
   Facsimile:   (619) 231-9040
5

6  Attorneys for Plaintiff FREDERICK ASGARIAN

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 FREDERICK ASGARIAN,           ) Case No. 2:11-CV-01382-LKK-EFB
                                 )
12              Plaintiff,       ) [Action Commenced: May 20, 2011]
                                 )
13      vs.                      )  ORDER DISMISSING THE ACTION
                                 )
14 MERCEDES-BENZ USA, and DOE 1  ) Hon. Lawrence K. Karlton
   through DOE 10 inclusive,     )
15                               )
                Defendants,      )
16                               )
   _____ )
17

18     GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is

19 hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

20

21

22 Date: June 27, 2012

23                             _____
                               LAWRENCE K. KARLTON
24                             SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
25

26

27

28